IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CONNIE LEE STAFFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:04CV0330 |
| | ) |
| CHASE MANHATTAN BANK USA, N.A. | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

For the reasons set forth in the contemporaneously filed Memorandum Opinion, this Court lacks subject matter jurisdiction to hear this controversy and this case is DISMISSED.

This the day of June 3, 2005

                                                    /s/ N. Carlton Tilley, Jr.
                                                  United States District Judge